UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                        Case No. 16-32111-DHW
                                                             Chapter 13

GRAVEN TOWNSEND,

    Debtor.

## ORDER TERMINATING STAY AND CODEBTOR STAY

    US Bank Trust, NA filed a motion (Doc. # 34) for relief from the automatic stays imposed by 11 U.S.C. §§ 362(a) and 1301(a) to enforce a lien on the property described in the motion and to proceed against codebtor Debra Townsend to collect the debt to the extent the debt is not being paid through the chapter 13 plan. The motion came on for hearing on May 15, 2017. In accordance with the ruling from the bench in open court, it is

    ORDERED that the motion is GRANTED and the stays imposed by 11 U.S.C. §§ 362(a) and 1301(a) are TERMINATED to allow US Bank Trust to enforce its lien on the property described in the motion and to proceed against Debra Townsend to collect the debt to the extent the debt is not being paid through the chapter 13 plan. It is

    FURTHER ORDERED that any allowed claim of this creditor secured by property referenced in the motion is REDUCED to the amount paid on the claim by the chapter 13 trustee without prejudice to the creditor to amend the claim to reflect the sales proceeds received on disposition of the collateral.

    Done this the 15th day of May, 2017.

                                                Dwight H. Williams, Jr.
                                              United States Bankruptcy Judge

c:      Debtor
        Richard D. Shinbaum, Attorney for Debtor
        Enslen Crowe, Attorney for Creditor
        Debra Townsend, Codebtor
        US Bank Trust, Creditor
        Sabrina L. McKinney, Trustee